JEFFREY A. DICKERSON
NEVADA Bar No. 2690
28 Vine Street
Reno, NV 89503
(775) 786-6664

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFF LOWE,
an individual,

    Plaintiff,

vs.

UNIVERSITY AND COMMUNITY
COLLEGE SYSTEM OF NEVADA,
a political subdivision of the State
of Nevada,

    Defendant.
_____/

CASE NO.

CERTIFICATE OF INTERESTED
PARTIES

CV-N-00-0127-DWH-VPC

The undersigned, counsel of record for JEFF LOWE certifies that the following have an interest in the outcome fo this case:

Plaintiff, to his belief and knowledge, knows of no interested party at this time, with the exception of those who are participating in the above referenced matter.

DATED this 7 day of March, 2000.

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

JAD/kdd/lowe/certintpty

1

# United States District Court

_____ DISTRICT OF NEVADA _____

JEFF LOWE,
an individual,

## SUMMONS IN A CIVIL CASE

**V.**

CV-N-00-0127-DWH-VPC

UNIVERSITY AND COMMUNITY
COLLEGE SYSTEM OF NEVADA,
a political subdivision of
the State of Nevada,

TO: (Name and address of defendant)

University & Community College
System of Nevada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY A. Dickerson
28 Vine Street
Reno, NV 89503
(775) 786-6664

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 1 0 2000

CLERK                                    DATE

WAYNE _____

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other *(specify)*: ______________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
*Date* *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure